EXHIBIT "1"
TO THE PLAINTIFF'S COMPLAINT

SUMMARY OF DEFENDANTS' IP ADDRESS DATA

**Plaintiff:** ME2 Productions, Inc.
**Film Title:** Mechanic: Resurrection
**File Name:** Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv
**File Hash:** SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE

| No | IP | Hit Date UTC | ISP | County |
|---|---|---|---|---|
| 1 | 72.193.205.224 | 2016-12-14 10:20:46 | Cox Communications | Clark County |
| 2 | 67.232.142.128 | 2016-12-16 05:49:19 | CenturyLink | Clark County |
| 3 | 24.205.109.226 | 2016-12-20 23:00:50 | Charter Communications | Lyon County |
| 4 | 76.4.224.243 | 2016-12-22 01:20:29 | CenturyLink | Clark County |
| 5 | 76.0.242.43 | 2016-12-22 10:38:18 | CenturyLink | Clark County |
| 6 | 74.4.135.110 | 2016-12-26 02:06:55 | CenturyLink | Clark County |
| 7 | 70.180.214.207 | 2016-12-29 20:33:27 | Cox Communications | Clark County |
| 8 | 47.33.55.94 | 2016-12-31 03:06:16 | Charter Communications | Washoe County |
| 9 | 71.92.160.107 | 2016-12-31 15:19:02 | Charter Communications | Washoe County |
| 10 | 24.120.53.202 | 2017-01-06 03:51:58 | Cox Communications | Clark County |
| 11 | 184.1.5.252 | 2017-01-09 04:09:51 | CenturyLink | Clark County |
| 12 | 24.253.90.54 | 2017-01-09 21:51:25 | Cox Communications | Clark County |
| 13 | 24.205.101.2 | 2017-01-13 00:16:14 | Charter Communications | Washoe County |
| 14 | 98.167.46.58 | 2017-01-14 07:50:31 | Cox Communications | Clark County |
| 15 | 98.160.203.99 | 2017-01-14 18:25:32 | Cox Communications | Clark County |
| 16 | 68.224.6.138 | 2017-01-30 04:11:57 | Cox Communications | Clark County |
| 17 | 24.253.56.41 | 2017-01-30 04:54:59 | Cox Communications | Clark County |
| 18 | 96.38.155.52 | 2017-02-04 08:38:15 | Charter Communications | Washoe County |
| 19 | 71.2.79.204 | 2017-02-07 18:46:29 | CenturyLink | Clark County |
| 20 | 70.189.183.170 | 2017-02-09 16:11:00 | Cox Communications | Clark County |
| 21 | 68.224.120.229 | 2017-02-21 02:09:22 | Cox Communications | Clark County |