# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ME2 PRODUCTIONS, INC., | Case No. 2:17-cv-00724-JCM-NJK |
| Plaintiff(s), | |
| vs. | **ORDER** |
| JOHN AND JANE DOES, | |
| Defendant(s). | |

Plaintiff was ordered to serve a copy of the Court's order on the recipients of the subpoenas, and to file a proof of service by noon on May 12, 2017. Docket No. 9. To date, no such proof of service has been filed. The Court again **ORDERS** Plaintiff to serve a copy of the Court's order at Docket No. 9 on the recipients of the subpoenas (to the extent that service was not previously completed), and to file a proof of service by noon on May 19, 2017.

IT IS SO ORDERED

Dated: May 17, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge