# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ME2 PRODUCTIONS, INC., | Case No. 2:17-cv-00724-JCM-NJK |
| Plaintiff(s), | |
| v. | **ORDER** |
| MIKIYAS BAYU, et al., | |
| Defendant(s). | |

This is one of dozens of cases filed by Plaintiff. The Court ordered Plaintiff to serve a copy of the report and recommendation issued in this case on non-appearing Defendants in this case and the other cases filed by Plaintiff. *See, e.g.*, Docket No. 17 at 14. In this and the other cases brought by Plaintiff, Plaintiff filed a certificate of service indicating that the non-appearing Defendants were served with a report and recommendation issued in *LHF Productions, Inc. v. Kabala*, Case No. 2:16-cv-2028-JAD-NJK (Dkt. No. 61) rather than the report and recommendation issued in this case. No later than June 29, 2017, Plaintiff is **ORDERED** to either (1) file a notice of corrected image making clear in each of its cases that the non-appearing Defendants were actually served with the report and recommendation issued in this case, or (2) serve the non-appearing Defendants in each of Plaintiff's cases with the report and recommendation issued in this case.

IT IS SO ORDERED

Dated: June 22, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge