AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| **ME2 PRODUCTIONS, INC.** )<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>)<br>)<br>**MIKIYAS BAYU, Et. Al.** )<br>)<br>)<br>*Defendant(s)* ) | Civil Action No. 2:17-cv-00724-JCM-NJK |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     **MIKIYAS BAYU**
**APT 2101 5155 W TROPICANA AVE LAS VEGAS, NV**
**89103-7009**

A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     **Charles C. Rainey, Esq.**
**HAMRICK & EVANS, LLP**
**7670 W. Lake Mead Blvd.,**
**Suite 140**
**Las Vegas, NV 89128**
**(702) 410-5111**
**Attorneys for Plaintiff**

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK
*[signature]*
(By) DEPUTY CLERK

7/3/2017
DATE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| **ME2 PRODUCTIONS, INC.** ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 2:17-cv-00724-JCM-NJK |
| ) | |
| ) | |
| **MIKIYAS BAYU, Et. Al.** ) | |
| ) | |
| ) | |
| *Defendant(s)* ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   **Andre Hurst Jr.**

**1200 w Cheyenne Avenue
Building 22-2127
North Las Vegas, NV 89030-7824**

A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   **Charles C. Rainey, Esq.
HAMRICK & EVANS, LLP
7670 W. Lake Mead Blvd.,
Suite 140
Las Vegas, NV 89128
(702) 410-5111
Attorneys for Plaintiff**

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

7/3/2017

DEBRA K. KEMPI
CLERK
*(signature)*
(By) DEPUTY CLERK

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| **ME2 PRODUCTIONS, INC.** ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 2:17-cv-00724-JCM-NJK |
| ) | |
| **MIKIYAS BAYU, Et. Al.** ) | |
| ) | |
| *Defendant(s)* ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   **Louie Yang**

   **7381 Divine Ridge Street**
   **Las Vegas, NV 89139-5395**


A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   **Charles C. Rainey, Esq.**
   **HAMRICK & EVANS, LLP**
   **7670 W. Lake Mead Blvd.,**
   **Suite 140**
   **Las Vegas, NV 89128**
   **(702) 410-5111**
   **Attorneys for Plaintiff**

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK

(By) DEPUTY CLERK

DATE   7/3/2017

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| **ME2 PRODUCTIONS, INC.** )<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>)<br>)<br>**MIKIYAS BAYU, Et. Al.** )<br>)<br>)<br>*Defendant(s)* ) | Civil Action No. 2:17-cv-00724-JCM-NJK |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    **John Thomas**

　　　　　　　　　　　　　　　　　　**6275 Boulder Highway**
　　　　　　　　　　　　　　　　　　**Apt 1196**
　　　　　　　　　　　　　　　　　　**Las Vegas, NV 89122-7688**

A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　　**Charles C. Rainey, Esq.**
　　　　　　　　　　　　　　　　　　**HAMRICK & EVANS, LLP**
　　　　　　　　　　　　　　　　　　**7670 W. Lake Mead Blvd.,**
　　　　　　　　　　　　　　　　　　**Suite 140**
　　　　　　　　　　　　　　　　　　**Las Vegas, NV 89128**
　　　　　　　　　　　　　　　　　　**(702) 410-5111**
　　　　　　　　　　　　　　　　　　**Attorneys for Plaintiff**

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK
*(signature)*
(By) DEPUTY CLERK

7/3/2017
DATE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| **ME2 PRODUCTIONS, INC.** | )<br>)<br>) |
| *Plaintiff(s)* | )<br>) |
| v. | )<br>)<br>) Civil Action No. 2:17-cv-00724-JCM-NJK |
| **MIKIYAS BAYU, Et. Al.** | )<br>)<br>)<br>) |
| *Defendant(s)* | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    **Sherree Ray**
**8123 DISCOVERY POINT ST LAS VEGAS, NV 89139-0000**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    **Charles C. Rainey, Esq.**
**HAMRICK & EVANS, LLP**
**7670 W. Lake Mead Blvd.,**
**Suite 140**
**Las Vegas, NV 89128**
**(702) 410-5111**
**Attorneys for Plaintiff**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK
*(signature)*
(By) DEPUTY CLERK

DATE  7/3/2017

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| **ME2 PRODUCTIONS, INC.** <br><br> *Plaintiff(s)* <br><br> v. <br><br> **MIKIYAS BAYU, Et. Al.** <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:17-cv-00724-JCM-NJK |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   **Daniela Gutierrez**

   **2538 Ellis street**
   **Apt 1**
   **North Las Vegas, NV 89030-6062**

A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   **Charles C. Rainey, Esq.**
   **HAMRICK & EVANS, LLP**
   **7670 W. Lake Mead Blvd.,**
   **Suite 140**
   **Las Vegas, NV 89128**
   **(702) 410-5111**
   **Attorneys for Plaintiff**

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK

*[signature]*

(By) DEPUTY CLERK

DATE   7/3/2017

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| **ME2 PRODUCTIONS, INC.** ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 2:17-cv-00724-JCM-NJK |
| ) | |
| **MIKIYAS BAYU, Et. Al.** ) | |
| ) | |
| *Defendant(s)* ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*     **RONALD CARNEY**
**APT 221 625 WHITNEY RANCH DR HENDERSON, NV 89014-2624**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     **Charles C. Rainey, Esq.**
**HAMRICK & EVANS, LLP**
**7670 W. Lake Mead Blvd.,**
**Suite 140**
**Las Vegas, NV 89128**
**(702) 410-5111**
**Attorneys for Plaintiff**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK

*(By)* DEPUTY CLERK

DATE   7/3/2017

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| **ME2 PRODUCTIONS, INC.** <br><br> *Plaintiff(s)* <br> v. <br><br> **MIKIYAS BAYU, Et. Al.** <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:17-cv-00724-JCM-NJK |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*     **Starlina Flowers**
**2781 HERITAGE CT LAS VEGAS, NV 89121-1416**


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     **Charles C. Rainey, Esq.**
**HAMRICK & EVANS, LLP**
**7670 W. Lake Mead Blvd.,**
**Suite 140**
**Las Vegas, NV 89128**
**(702) 410-5111**
**Attorneys for Plaintiff**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK

*[signature]*
(By) DEPUTY CLERK

DATE  7/3/2017

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| **ME2 PRODUCTIONS, INC.** | ) |
| *Plaintiff(s)* | ) ) ) ) |
| v. | ) ) ) ) Civil Action No. 2:17-cv-00724-JCM-NJK |
| **MIKIYAS BAYU, Et. Al.** | ) ) ) ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   **CAROLYN WILBER**
**APT 1041 7950 W FLAMINGO RD LAS VEGAS, NV 89147-4232**

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   **Charles C. Rainey, Esq.**
**HAMRICK & EVANS, LLP**
**7670 W. Lake Mead Blvd.,**
**Suite 140**
**Las Vegas, NV 89128**
**(702) 410-5111**
**Attorneys for Plaintiff**

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK

*(By)* DEPUTY CLERK

7/3/2017
DATE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| **ME2 PRODUCTIONS, INC.** | ) |
| *Plaintiff(s)* | ) ) ) ) |
| v. | ) ) Civil Action No. 2:17-cv-00724-JCM-NJK |
| **MIKIYAS BAYU, Et. Al.** | ) ) ) ) |
| *Defendant(s)* | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   **Miguel Palomares**
**921 D ST LAS VEGAS, NV 89106-3303**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    **Charles C. Rainey, Esq.**
**HAMRICK & EVANS, LLP**
**7670 W. Lake Mead Blvd.,**
**Suite 140**
**Las Vegas, NV 89128**
**(702) 410-5111**
**Attorneys for Plaintiff**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK
*[signature]*
(By) DEPUTY CLERK

DATE  7/3/2017

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| **ME2 PRODUCTIONS, INC.** ) | |
| ) | |
| ) | |
| ──────────────────────── ) | |
| *Plaintiff(s)* ) | |
| v. ) | |
| ) | Civil Action No. 2:17-cv-00724-JCM-NJK |
| ) | |
| **MIKIYAS BAYU, Et. Al.** ) | |
| ) | |
| ) | |
| ──────────────────────── ) | |
| *Defendant(s)* | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    **Jermaine Wooten**

**6007 Crumbling Ridge Street**
**Henderson, NV 89011-1614**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    **Charles C. Rainey, Esq.**
**HAMRICK & EVANS, LLP**
**7670 W. Lake Mead Blvd.,**
**Suite 140**
**Las Vegas, NV 89128**
**(702) 410-5111**
**Attorneys for Plaintiff**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK


(By) DEPUTY CLERK

7/3/2017
DATE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| **ME2 PRODUCTIONS, INC.** ) <br> ) <br> *Plaintiff(s)* ) <br> v. ) <br> ) <br> **MIKIYAS BAYU, Et. Al.** ) <br> ) <br> *Defendant(s)* ) | Civil Action No. 2:17-cv-00724-JCM-NJK |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  **NENG CHUANG TAN**
**7223 MAJESTIC BLUFF PL LAS VEGAS, NV 89113-3261**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  **Charles C. Rainey, Esq.**
**HAMRICK & EVANS, LLP**
**7670 W. Lake Mead Blvd.,**
**Suite 140**
**Las Vegas, NV 89128**
**(702) 410-5111**
**Attorneys for Plaintiff**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK

*[signature]*
(By) DEPUTY CLERK

7/3/2017
DATE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| **ME2 PRODUCTIONS, INC.** <br><br> *Plaintiff(s)* <br> v. <br><br> **MIKIYAS BAYU, Et. Al.** <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:17-cv-00724-JCM-NJK |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*     **MARIA GUZMAN**
**3947 BLUSHING HEARTS RD LAS VEGAS, NV 89115-3500**

A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     **Charles C. Rainey, Esq.**
**HAMRICK & EVANS, LLP**
**7670 W. Lake Mead Blvd.,**
**Suite 140**
**Las Vegas, NV 89128**
**(702) 410-5111**
**Attorneys for Plaintiff**

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK

*[signature]*

(By) DEPUTY CLERK

DATE    7/3/2017