CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
*crainey@hamricklaw.com*
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
+1.818.763.2308 (fax)
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ME2. PRODUCTIONS, INC., a Nevada Corporation, <br>                  Plaintiff, <br> vs. <br> MIGUEL PALOMARES; JERMAINE WOOTEN; NENG CHUANG TAN; MARIA GUZMAN, <br>                  Defendants. | Case No.: 2:17-cv-00724-JCM-NJK |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS
ANDRE HURST JR., JOHN THOMAS, RONALD CARNEY AND JOSE ALCAZAR**

**TO THE HONORABLE COURT AND ALL PARTIES HEREIN:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff ME2. PRODUCTIONS, INC.("PLAINTIFF"), by and through its counsel, Charles Rainey, Esq. of HAMRICK & EVANS LLP, hereby voluntarily dismisses Defendants ANDRE HURST JR., JOHN THOMAS, RONALD CARNEY and JOSE ALCAZAR, <u>and only</u> Defendants ANDRE HURST JR., JOHN THOMAS, RONALD CARNEY and JOSE ALCAZAR, from the above-captioned case.

Respectfully submitted August 29, 2017.

                          /s/ Charles C. Rainey
                          CHARLES C. RAINEY, ESQ.
                          Nevada Bar No. 10723
                          crainey@hamricklaw.com
                          HAMRICK & EVANS LLP
                          7670 W. Lake Mead Blvd., Ste. 140
                          Las Vegas, Nevada 89128
                          +1.702.425.5100 (ph) / +1.818.763.2308 (fax)
                          *Attorney for Plaintiff*